[Civ. No. 3384.  Second Appellate District, Division Two.—June 26, 1920.]

## J. A. VANCE, Petitioner, v. SUPERIOR COURT OF LOS ANGELES COUNTY et al., Respondents.

[1] JUSTICE'S COURT—JURISDICTION OF PERSON—WAIVER OF OBJECTION BY GENERAL APPEARANCE.—Since the amendment in 1905 of subdivision 4 of section 890 of the Code of Civil Procedure, objection to the jurisdiction of the person in a justice's court must be made by special appearance for that purpose, otherwise it is waived.

APPLICATION for a Writ of Certiorari to review an order of the Superior Court of Los Angeles County. Leslie R. Hewitt, Judge. Denied.

The facts are stated in the opinion of the court.

Archie D. Mitchell for Petitioner.

THE COURT.—The petition is denied. [1] By his general appearance in the justice's and superior court petitioner waived his right to raise the question of jurisdiction. *Holbrook* v. *Superior Court*, 106 Cal. 589, [39 Pac. 936], does not aid him. That case was decided when section 890, subdivision 4, of the Code of Civil Procedure expressly provided that the objection that the action was brought in the wrong county might be made at the trial. In 1905 [Stats. 1905, p. 44], the section was amended, and subdivision 4 thereof now merely provides that the action may be dismissed "when the action is brought in the wrong county, township or city." Since the amendment, the subject of dismissal of such actions has been considered by the supreme court, and it has been uniformly held that objection to the jurisdiction of the person must be made by special appearance for that purpose; otherwise it is waived. (*Olcese* v. *Justice's Court*, 156 Cal. 82, [103 Pac. 317]; *American Law Book Co.* v. *Superior Court*, 164 Cal. 327, [128 Pac. 921].)